IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| BEATTIE B. ASHMORE, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE THREE HEBREW BOYS, | ) ) ) ) ) | C/A No. 3:12-cv-0432-MBS |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MAFTAU FAHM, | ) ) | |
| Defendants. | ) ) | |

     This matter is before the Court on the Receiver's Motion for a Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On March 9, 2012, a copy of the Summons and Complaint were served upon Defendant, through his mother, who resides at Defendant's residence, in compliance with Rule 4 of the Federal Rules of Civil Procedure. On April 5, 2012, the Receiver submitted an Affidavit of Default and Request for Entry of Default. (ECF Doc. No. 6) On April 5, 2012, the Clerk of Court entered default against Defendant. (ECF Doc. No. 7.) On May 21, 2012, the Receiver moved for a Default Judgment and a hearing was set for July 9, 2012. (ECF Doc. No. 25.)

     Defendant appeared at the July 9, 2012 hearing and questioned service of process. The court granted Defendant thirty days to obtain counsel and move to set aside entry of default, should he desire to do so. No attorney has made an appearance on behalf of Defendant, and Defendant has not had no further correspondence with the court.

     The court concludes, upon a review of the record, that Defendant has offered nothing

meaningful in opposition to the Receiver's Motion for Default Judgment. After consideration, the Court grants the Receiver's Motion for a Default Judgment and orders Defendant to pay damages in the amount of $151,986.96, plus interest. In addition, the Court orders the placement of an equitable mortgage and equitable lien on property of Defendant known as 933 Isaac Dock Drive, Fayetteville, North Carolina 28314, and allows the Receiver to place a lis pendens on said property. The court further grants the Receiver's requests for costs and attorneys' fees, and directs the Receiver to provide the court with a statement of costs and attorneys' fees no later than fifteen (15) days after the date of entry of this order.

    **IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina

September 7, 2012