AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Pppointed Receiver for The Three Hebrew Boys<br>*Plaintiff*<br>v.<br>Maftau Fahm<br>*Defendant* | Civil Action No.   3:12-432-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff Beattie B. Ashmore recover from the defendant Maftau Fahm the amount of One Hundred Fifty-One Thousand, Nine Hundred Eighty-Six and 96/100 dollars ($151,986.96), plus postjudgment interest at the rate of .17 %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:   September 7, 2012                                                 *CLERK OF COURT*

                                                                                   s/Angie Snipes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*